STATE OF NEW JERSEY v. STEVEN THOMPSON.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERTO LAZA.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGEL MATOS.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD MANIGOLD.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY MARCHITTO.

February 21, 1989.

Petition for certification denied.